G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CYNTHIA BERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BERRY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>　　　　Defendant. | Case No.: C12-03220 MEJ<br><br>**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date: September 20, 2012<br>Time: 10:00 a.m.<br>Courtroom: B, 15th Floor<br>Hon. Maria-Elena James |

G. Thomas Martin III, counsel for Plaintiff, hereby requests permission to appear by telephone at the Case Management Conference scheduled in this matter for September 20, 2012. Mr. Martin's office is located in Encino, more than 350 miles from the Court.

DATED: September 11, 2012　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　**PRICE LAW GROUP APC**
　　　　　　　　　　　　　　　　By:　/s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CYNTHIA BERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BERRY<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>    Defendant. | Case No.: C12-03220 MEJ<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION~~UEST~~ TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>**Case Management Conference:**<br>Date: September 20, 2012<br>Time: 10:00 a.m.<br>Courtroom: B, 15th Floor<br>Hon. Maria-Elena James |

The Court hereby grants the request of counsel for Plaintiff, CYNTHIA BERRY to appear at the above-mentioned hearing telephonically.

IT IS SO ORDERED.

Date: September 12, 2012

_____
Honorable Maria-Elena James

- 1 -

[Proposed] Order Granting Plaintiff's Motion to Appear Telephonically at Case Management Conference