# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CYNTHIA BERRY, | No. C 12-03220 MEJ |
| Plaintiff(s), | **ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant(s). | |

This matter is scheduled for a Case Management Conference hearing on September 20, 2012. Now before the Court is the request of G. Thomas Martin III, counsel for Plaintiff, Cynthia Berry, to appear telephonically. Good cause appearing, the request is **GRANTED**. However, Mr. Martin is **ORDERED** to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: September 12, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge