1
2  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
3  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
4  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
5
   Attorneys for Plaintiff,
6  CYNTHIA BERRY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CYNTHIA BERRY                      | Case No.: C12-03220 MEJ
12 |          Plaintiff,                | **NOTICE OF SETTLEMENT**
13 |     vs.                            |
14 | DIVERSIFIED COLLECTION             |
15 | SERVICES, INC.; DOES 1-10,         |
   | inclusive.                         |
16 |                                    |
   |          Defendants.               |
17

18     **PLEASE TAKE NOTICE** that this matter has been settled in its

19 entirety. It is respectfully requested that all pending hearings be taken off

20 calendar.

21                              RESPECTFULLY SUBMITTED,
22   DATED: October 23, 2012     **PRICE LAW GROUP APC**

23           By: /s/ G. Thomas Martin, III
24                                   G. Thomas Martin, III
                                     Attorney for Plaintiff
25
                                 GRANTED. All pending hearings shall be
                                 vacated.
                                 Dated: 12/23/2012

                                 NOTICE OF SETTLEMENT