G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
CYNTHIA BERRY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BERRY,

        Plaintiff,

  vs.

DIVERSIFIED COLLECTION
SERVICES, INC.; and DOES 1 to 10,
inclusive,

        Defendants.

**Case No.: C12-03220-MEJ**

~~[PROPOSED]~~ **ORDER OF
DISMISSAL WITH PREJUDICE**

     PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

Plaintiff CYNTHIA BERRY against Defendant DIVERSIFIED COLLECTION

SERVICES, INC. are dismissed, with prejudice.  Plaintiff CYNTHIA BERRY and

Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their

own costs and attorneys' fees.

Date: December 20, 2012

_____
JUDGE, United States District Court,
Northern District of California

Judge Maria-Elena James

[PROPOSED] ORDER OF DISMISSAL